BATTLE *v.* HORNE.
</div>

EVANS, P. J.  This case falls within the oft-stated rule that the discretion of the trial judge refusing a new trial will not be disturbed, where no error of law is complained of and the evidence is sufficient to support the verdict.  *Judgment affirmed. All the Justices concur.*

<div align="center">

Submitted January 13,—Decided May 13, 1908.
</div>

Complaint for land. Before Judge Felton. Bibb superior court. March 11, 1907.

*H. F. Strohecker,* for plaintiff in error.

*T. B. West* and *L. D. Moore,* contra.

<div align="center">

MYERS, administrator, *et al.* v. HAMIL.
</div>

ATKINSON, J.  The record discloses that the bill of exceptions was certified by the judge on August 5, 1907, and that on August 27, 1907, counsel for the defendant in error acknowledged service in the following language: "Service acknowledged. Copy and all further service and notice waived, subject to the right to except to such service on account of not being made within the time provided by law, as well as all other legal exceptions." There was no other service of the bill of exceptions. On the call of the case in this court a motion was made to dismiss the same, upon the ground that the bill of exceptions was not served upon the defendant in error or his counsel within ten days after the bill of exceptions was signed and certified. *Held,* that the motion must prevail. Civil Code, § 5547; *Harper* v. *Burks,* 74 *Ga.* 412; *Dunlap* v. *Seals,* ante, 350 (60 S. E. 851).

<div align="center">

*Writ of error dismissed. All the Justices concur.*

Submitted January 15,—Decided May 13, 1908.
</div>

Motion to dismiss the writ of error.

*J. P. Shattuck,* for plaintiffs in error.  *Payne & Payne,* contra.